EXXON CORPORATION v. TOWNSHIP OF EAST BRUNSWICK.

March 27, 1984.

Petition for certification denied.   (See 192 *N.J.Super.* 329)

EXXON CORPORATION v. TOWNSHIP OF OLD BRIDGE.

March 27, 1984.

Petition for certification denied.   (See 192 *N.J.Super.* 329)

EXXON CORPORATION v. TOWNSHIP OF WOODBRIDGE.

March 27, 1984.

Petition for certification denied.   (See 192 *N.J.Super.* 329)

BOROUGH OF EAST RUTHERFORD v. NEW JERSEY SPORTS &
EXPOSITION AUTHORITY.

March 27, 1984.

Petition for certification denied.